UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION<br><br>*As to All Related and Member Cases* | MDL Case No.: 13-md-2452-AJB-MDD<br><br>**ORDER GRANTING JOINT MOTION DISMISSING ALL REMAINING CASES EXCEPT FOR THOSE WITH PRO SE PLAINTIFFS**<br><br>**(Doc. No. 6494)** |
|---|---|

Pursuant to the Joint Motion filed by behalf Plaintiffs' Steering Committee and Defendants Amylin Pharmaceuticals, LLC, Eli Lilly and Company, Merck Sharp & Dohme Corp (now known as Merck Sharp and Cohme LLC), and Novo Nordisk, Inc., the Court **ORDERS** that all remaining cases in the MDL are dismissed, except for the following cases with pro se plaintiffs:

- *Haugabook, L'Queniia, Individually and as the Successor-in-Interest of the Estate of L'Malika Rolling, deceased v. Merck Sharp & Dohme Corp. et al.*, Case No. 3:13-cv-00977-AJB-MDD.

- *Kovelman, Joyce, Individually and as Successor-in-Interest of the Estate of Gilbert Kovelman, deceased v. Merck Sharp & Dohme Corp. et al.*, Case No. 3:12-cv-03079-AJB-MDD.

- *Foye, Pears and Sharon v. Amylin Pharmaceuticals, LLC et al.*, Case No. 3:14-cv-00559-AJB-MDD.

Accordingly, the parties' Joint Motion is **GRANTED**. (Doc. No. 6494.) The Clerk of Court is instructed to enter this Order in the MDL case and in each corresponding individual case, as well as terminate all other pending motions for voluntary dismissal as moot.

**IT IS SO ORDERED**.

Dated: August 12, 2022

Hon. Anthony J. Battaglia
United States District Judge